# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

ORLANDO JACQUET

    Plaintiff.

v.

CITY OF SOMERVILLE,

    Defendant.

## NOTICE OF REMOVAL
## (PURSUANT TO 28 U.S.C. § 1441)

The Defendant hereby gives notice of the removal of this action - pursuant to 28 U.S.C. § 1441 – from Middlesex Superior Court, where this action is currently pending. In Superior Court, the case is docketed as Civil Action No. 1781CV03784 and has the same caption as above. In support of this notice, the Defendant hereby states as follows:

1. This action is grounded in the laws and Constitution of the United States of America. In Counts three and four of Plaintiff's complaint ("Complaint"), Plaintiff alleges discrimination based on race and retaliation under 42 U.S.C. §2000, Title VII of the Civil Rights Act of 1964 prohibiting an employer from discriminating against any individual with respect to an employee's compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin.. (See Plaintiff's Complaint, attached as Exhibit "1").

2. Accordingly, the Plaintiff's claims for relief arise under the Constitution and laws of the United States and therefore are subject to removal from state court pursuant to 28 U.S.C. § 1441.

3. While Counts one, two, five, and six of the Complaint state causes of action under Massachusetts state law, under Mass. Gen. Laws c. 151B and intentional infliction of emotional distress, this Court has supplemental jurisdiction over all such claims against the City of Somerville.

4. Therefore, the Defendants have a statutory right to remove this action to federal court and respectfully request that the Court allow this motion.

Respectfully submitted,
**DEFENDANT, CITY OF SOMERVILLE,** ,

By their attorney:

/s/ Shannon T. Phillips
Shannon T. Phillips, BBO# 685450
Assistant City Solicitor
City of Somerville Law Department
City Hall, 93 Highland Avenue
Somerville, MA 02143
(617) 625-6600, ext. 4403
sphillips@somervillema.gov
law@somervillema.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  January 29, 2018    /s/ Shannon T. Phillips
Shannon T. Phillips.
Assistant City Solicitor